

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00893-CR

The **STATE** of Texas,
Appellant

v.

Pastor **HERNANDEZ VILLEDA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13946CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting Pastor Hernandez Villeda habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024.

_____
Irene Rios, Justice